# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D18-281

———————————————————

SHAWN CLINGAN,

Appellant,

v.

RACHEL KICZALES,

Appellee.

———————————————————

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

November 28, 2018

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Andrea Bateman, Winter Park, for Appellant.

No appearance for Appellee.